U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

DEC 14 2017

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:17CR00324-01 |
| | * | 18 U.S.C. § 229(a)(1) |
| | * | 18 U.S.C. § 229A(a)(1) |
| VERSUS | * | |
| | * | |
| | * | |
| RYAN KEITH TAYLOR | * | JUDGE UDJ |
| | * | MAGISTRATE JUDGE KAY |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Use of a Chemical Weapon
[18 U.S.C. §§ 229(a)(1) and 229A(a)(1)]

AT ALL TIMES MATERIAL TO THIS INDICTMENT:

1. The defendant, RYAN KEITH TAYLOR, was a soldier in the United States Army stationed at Fort Polk Army installation within the Western District of Louisiana.

2. The Kisatchie National Forest was a national forest in the Western District of Louisiana in the United States, owned by the United States and administered by the United States Forest Service.

3. The United States Forest Service provided certain areas of the Kisatchie National Forest to the United States Army for its official use.

4. Chlorine gas is a well-documented hazardous substance. Inhalation of chlorine gas can lead to death, lung damage, and other serious bodily injuries.

## THE OFFENSE

On or about April 12, 2017, in the Kisatchie National Forest, located in the Western District of Louisiana within the special maritime and territorial jurisdiction of the United States, the defendant, RYAN KEITH TAYLOR, did and did attempt to knowingly develop, produce, possess, and use a chemical weapon, that is, chlorine gas, which is a toxic chemical not intended or used by the defendant for a peaceful or otherwise lawful purpose as defined in 18 U.S.C. § 229F(7)(A) through (D), all in violation of Title 18, United States Code, Sections 229(a)(1) and 229A(a)(1). [18 U.S.C. §§ 229(a)(1) and 229A(a)(1)].

A TRUE BILL:

REDACTED
FOREPERSON: FEDERAL GRAND JURY

ALEXANDER C. VAN HOOK
Acting United States Attorney

DAVID C. JOSEPH, Bar No. 28634
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6316