**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened at 1:30 p.m. on December 14, 2017, and recessed at 1:33 p.m. Court reconvened at 4:39 p.m. and adjourned at 4:48p.m.

PRESENT:  <u>Patrick J Hanna</u>, Magistrate Judge, Presiding
<u>Evelyn Alexander</u>, Minute Clerk
Recorded: Liberty Court Recorder CRM7
Time in Court: 12 minutes

**<u>GRAND JURY REPORT</u>**

 X  Final Report
 X  Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|:---:|---|
| 2:17-cr-00324-01* | X | |
| 2:17-cr-00325-01* | X | |
| 2:17-cr-00326-01*** | X | |
| 2:17-cr-00328-01*** | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|:---:|---|
| 6:17-cr-00323-01 | X | |
| 6:17-cr-00327-01* | X | |
| 2:17-cr-00329-01 | X | |
| 2:17-cr-00329-02 | X | |
| 2:17-cr-00329-03 | X | |
| 2:17-cr-00329-04 | X | |
| 2:17-cr-00329-05 | X | |
| 2:17-cr-00329-06 | X | |
| 2:17-cr-00330-01 | X | |
| 2:17-cr-00330-02 | X | |
| 6:17-cr-00331-01 | X | |
| 6:17-cr-00331-02 | X | |
| 1:17-cr-00332-01 | X | |

 X  Warrants/summons ordered issued as indicated.
 *  In Federal Custody
 **  Superseding Indictment
 ***  State Custody