UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-CR-00324-01 |
| VERSUS | |
| RYAN KEITH TAYLOR | MAGISTRATE JUDGE KAY |

### DEFENDANT'S REQUEST FOR DISCOVERY

RYAN KEITH TAYLOR, defendant herein, hereby requests that the United States disclose all matters listed in Paragraph (I)(A)(6) of the Criminal Pretrial Discovery Order, including subparagraphs (a) through (h).

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA


BY:   **S/ WAYNE J. BLANCHARD (LA #3113)**
      Assistant Federal Public Defender
      102 Versailles Blvd., Suite 816
      Lafayette, Louisiana  70501
      (337)262-6336 (Phone)     (337)262-6605 (Fax)

      COUNSEL FOR RYAN KEITH TAYLOR

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above DEFENDANT'S REQUEST FOR DISCOVERY has been served on Mr. David Joseph, Assistant United States Attorney, 800 Lafayette Street, Suite 2200, Lafayette, Louisiana 70501 and defense counsel via notice of electronic filing (NEF).

    Lafayette, Louisiana, December 28, 2017.

                                                  S/ WAYNE J. BLANCHARD