UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-CR-00324 |
| | * | |
| VERSUS | * | JUDGE ZAINEY |
| | * | |
| RYAN KEITH TAYLOR | * | MAG JUDGE KAY |

UNITED STATES' REQUEST FOR DISCOVERY

The United States of America hereby requests that the defendant disclose all matters listed in Paragraph (II)(a)(2) of the Criminal Pretrial Discovery Order, including sub-paragraphs (A) and (B).

                                                Respectfully submitted,

                                                ALEXANDER C. VAN HOOK
                                                United States Attorney

BY:    *s/ David C. Joseph*
          DAVID C. JOSEPH, ID#28634
          Assistant United States Attorney
          800 Lafayette Street, Suite 2200
          Lafayette, LA 70501-6832
          Telephone:   337.262.6618

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-CR-00324 |
| | * | |
| VERSUS | * | JUDGE ZAINEY |
| | * | |
| RYAN KEITH TAYLOR | * | MAG JUDGE KAY |

C E R T I F I C A T E

I hereby certify that on January 18, 2018, a copy of the foregoing Government's Request for Discovery was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Mr. Wayne Blanchard by operation of the court's electronic filing system.

       *s/ David C. Joseph*
       DAVID C. JOSEPH, ID # 28634
       Assistant United States Attorney